CHARLES H. SMITH, Respondent, *v.* MATILDA F. LOCKWOOD et al., as Executors, etc., Appellants.

(Submitted December 9, 1892; decided December 23, 1892.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made the first Monday of April, 1892, which overruled defendant's

exceptions, and ordered judgment in favor of plaintiff upon a verdict.

*L. L. Van Allen* for appellants.

*George L. Cheney* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.